JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Villegas**, | Case 2:18-CV-01775-JLS-SK |
| Plaintiff, | **Judgment** |
| v. | |
| **MMH, LLC**, a California Limited Liability Company; **M.W.F., Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

1

Judgment is entered as follows in favor of Plaintiff Luis Villegas and against Defendants MMH, LLC and M.W.F., Inc.:

Villegas is awarded of $4,000.00 in statutory damages; $5,292.50 in attorney's fees; and eligible costs upon an Application to the Clerk to Tax Costs pursuant to Local Rule 54-2 and 54-3.

Additionally, Defendants MMH, LLC and M.W.F., Inc., are ordered to provide a compliant accessible parking space, accessible transaction counter and accessible path of travel in and throughout the merchandise aisles, at the property located at 5474 Valley Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: January 30, 2019

_____
HON. JOSEPHINE L. STATON
United States District Judge